[No. 61542-4-I. Division One. August 3, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND SINGLETON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-07257-8, Theresa B. Doyle, J., entered February 20, 2008. *Affirmed* by unpublished opinion per Becker, J., concurred in by Schindler, C.J., and Appelwick, J.

[No. 61721-4-I. Division One. August 3, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. RICKY RAY SEXTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-00506-1, Sharon S. Armstrong, J., entered April 22, 2008. *Affirmed in part* and *remanded* by unpublished opinion per Grosse, J., concurred in by Ellington and Leach, JJ.

[No. 61733-8-I. Division One. August 3, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. MARCUS OWEN SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-04718-9, Richard D. Eadie, J., entered May 2, 2008. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Schindler, C.J., and Becker, J.

[No. 61759-1-I. Division One. August 3, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. DARRIN LEE BOWMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-00771-3, Sharon S. Armstrong, J., entered May 12, 2008. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Agid and Appelwick, JJ.